UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **UNITED STATES,**<br>Plaintiff<br><br>vs<br><br>**JOSE SOLIS ACOSTA,**<br>Defendant | Case No. 3:12-00075-1<br><br>Hon. Haynes |

**MOTION TO SET CHANGE OF PLEA HEARING**

*[Handwritten order: ORDER. This motion is GRANTED. The hearing is set for December 2, 2013 at 2:30 pm. [signature] US DJ 11-14-13]*

Defendant moves for a change of plea hearing. Defendant and the government have entered into a plea agreement to resolve this case and Defendant would like to change his plea.

Respectfully submitted,

/s/ Jerry Gonzalez
Jerry Gonzalez (18379)
Attorney for Defendant
2441-Q Old Fort Parkway
No. 381
Murfreesboro TN 37128
615-360-6060
jgonzalez@jglaw.net

1